```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                                  Case No. 11-cr-81-PB

Amanda High

**O R D E R**

The defendant has moved to continue the August 16, 2011 trial in the above case. Defendant cites the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 16, 2011 to October 7, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 25, 2011 final pretrial conference is continued until September 20, 2011 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 1, 2011

cc: Rodkey Craighead, Esq.
 Debra M. Walsh, AUSA
 United States Marshal
 United States Probation