**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                    Case No. 11-cr-81-PB

**Amanda High**

**O R D E R**

The defendant has moved through counsel to continue the October 7, 2011 trial in the above case for a period of 90 days, citing the need for additional time to finalize plea negotiations or prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 7, 2011 to January 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 20, 2011 final pretrial conference is
continued until December 19, 2011 at 11:00 a.m.

SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

September 16, 2011

cc:  Rodkey Craighead, Jr., Esq.
     Deborah Walsh, AUSA
     United States Marshal
     United States Probation